## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KWALITY IP LLC,** | |
| Plaintiff, | Civil Action No.: 1:20-cv-01317-MN |
| v. | |
| **SQUARE, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Kwality IP LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Square, Inc. in the within action WITHOUT PREJUDICE. Square, Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: January 8, 2021 | Respectfully submitted, |
| | |
| Howard L. Wernow (*Pro hac vice*) | CHONG LAW FIRM PA |
| SAND, SEBOLT & WERNOW CO., LPA | |
| Aegis Tower – Suite 1100 | */s/ Jimmy Chong* |
| 4940 Munson Street NW | Jimmy Chong (#4839) |
| Canton, Ohio 44718 | 2961 Centerville Road, Suite 350 |
| Phone: (330) 244-1174 | Wilmington, DE 19808 |
| Fax: (330) 244-1173 | Telephone: (302) 999-9480 |
| Email: Howard.Wernow@sswip.com | Facsimile: (877) 796-4627 |
| | Email: chong@chonglawfirm.com |
| | |
| | ATTORNEYS FOR PLAINTIFF |

SO ORDERED this _____ day of January, 2021.

_____
United States District Judge